IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEL PARSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>　　　　　Defendants. | Civil Action No. 26-cv-83<br><br>(Judge Wiegand) |

**CERTIFICATE OF SERVICE FOR: (1) TEMPORARY RESTRAINING ORDER, AND (2) NOTICE OF PRELIMINARY INJUNCTION HEARING**

I, Stanley D. Ference III, hereby certify and declare as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143 and am an attorney for the Plaintiff in the above-captioned case.

3. On February 5, 2026, the Summons, Complaint, Temporary Restraining Order, Notice of Show Cause Hearing, Discovery, and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com.

4. On February 13, 2026, Plaintiff served a true and accurate copy of the Complaint, Temporary Restraining Order, and Summons on all Defendants identified on Schedule "A" — via each Defendant's corresponding email address for each of the e-commerce stores.

- 2 -

Additionally, such Defendants were notified that all papers of record in the case can be found posted on Plaintiff's designated website on www.ferencelawsuit.com.

Executed this 19th of February, 2026, at Pittsburgh, Pennsylvania.

/s/Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff