IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEL PARSONS, | Civil Action No. |
| Plaintiffs, | 26-cv-83 |
| v. | (Judge Wiegand) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 14 | mingdaozhuangshi |
| 16 | CANLAN |
| 19 | Rabbit Gallery |
| 20 | EdricShop |
| 31 | LEEVUS |
| 32 | 84PLUS |
| 34 | miyada |
| 38 | Martial Erts |
| 39 | LEFT RIGHT LEFT |
| 40 | Bellelement |
| 48 | Orlco Art Store |
| 54 | AIMIUL |
| 64 | shi wei See as a poster |
| 110 | fashion art poster |
| 111 | woxinposter |

- 2 -

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 6, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff